#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAO QIN, | : |
| *Plaintiff,* | : |
| | : |
| v. | : CIVIL ACTION |
| | : NO. 22-3264 |
| TRAVELERS PERSONAL INSURANCE COMPANY, | : |
| | : |
| *Defendant.* | : |

### ORDER

**AND NOW,** this **15th** day of **December, 2023**, upon consideration of Defendant Travelers Personal Insurance Company's Motion to Dismiss Counts II and III of Plaintiff's Complaint Alleging Violation of the Unfair Trade Practices and Consumer Protection Law and Statutory Bad Faith (ECF No. 10), and Plaintiff's Answer to Motion to Dismiss Counts II and III of Complaint (ECF No. 11), it is hereby **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** as follows:

1. Counts II and III of the Complaint are dismissed with prejudice; and

2. The Defendant shall file its Answer to the Complaint no later than **January 5, 2024**.

BY THE COURT:

/s/ Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**